UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-8006-WM

UNITED STATES OF AMERICA

v.

COREY DION CLAYTON, JR.

Defendant.
_____/

FILED BY ___SW___ D.C.

Jan 9, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?  ☐ Yes  ☑ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: *Marton Gyires*
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY
District Court No.  A5501696
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:  (561) 820-8711
Fax:  (561) 820-8777
Email:  Marton.Gyires@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**COREY DION CLAYTON JR.,**<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   25-mj-8006-WM<br>)<br>)<br>) |

FILED BY ____SW____ D.C.

Jan 9, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6th and 8th, 2025   in the county of   Palm Beach   in the
Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault and intimidation of USPS employees |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

U.S. Postal Inspector Joseph Wisneski
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: January 9, 2025

_____
*Judge's signature*

City and state:   West Palm Beach, FL        William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## Affidavit

I, Joseph Wisneski, being first duly sworn, depose and state as follows:

### Introduction

1. I am a U.S. Postal Inspector with the United States Postal Inspection Service ("USPIS"), currently assigned to the Miami Division's West Palm Beach Domicile. I have been an Inspector for USPIS since April 2007. My responsibilities include investigations concerning workplace violence. I have received training in criminal investigation procedures and criminal law and have conducted numerous criminal investigations involving workplace violence.

2. This affidavit is submitted in support of a criminal complaint charging COREY CLAYTON JR ("CLAYTON") with assault and intimidation of United States Postal Service ("USPS") employees, in violation of Title 18, United States Code, Section 111(a)(1).

3. This affidavit is based on, among other things, my personal knowledge, investigation by others, including USPS management, interviewing witnesses, and examining documents.

4. As this affidavit is submitted for the sole purpose of establishing probable cause, I have not set forth all information known to me about this investigation. Rather, I have set forth facts and information which I believe are sufficient to establish probable cause.

### Probable Cause

5. CLAYTON is employed by USPS as a City Carrier Assistant. His job duties include delivering mail in Palm Beach County, Florida. On or about January 6, 2025,

at approximately 8:00 p.m., three USPS employees, one of them being Victim 1, met with CLAYTON while he was on his postal route at a housing development in Boca Raton, Florida. Victim 1 has the title of "manager customer service" and part of his duties include supervision of CLAYTON. The purpose of meeting CLAYTON while he was on his route was to relieve CLAYTON of his postal route for that day. CLAYTON had only completed approximately fifteen percent of his route. As such, Vicim1 assigned other USPS mail carriers to help complete the route. While meeting with CLAYTON, Victim 1 instructed CLAYTON to give him the USPS vehicle, scanner, and arrow key, so other employees can complete the route. A verbal altercation ensued. According to Victim 1, CLAYTON stated to the other two USPS employees, something to the effect of: "I ain't got no problem with you or you but this cracker ass mother fucker gonna get it (referring to Victim 1). He don't know who the fuck I am. I can't wait to catch this mother fucker out of work. I'm gonna fuck his ass up." Victim 1 felt threatened by the statements and told CLAYTON that he is immediately being placed on "Emergency Placement" off-duty status. A USPS employee can be placed on Emergency Placement immediately when an employee exhibits characteristics of impairment, fails to observe safety rules, fails to obey a direct order, provides reason to be deemed potentially injurious to self or others, or disrupts day to day postal operations. While on Emergency Placement, an employee is instructed not to enter any postal facility, other than the lobby area for the purpose of conducting postal business. After being told he was being put on off-duty status, CLAYTON then used Facetime on his cell phone to call someone. CLAYTON used his cell phone to show Victim 1 to

the individual on the call, and stated something to the effect of: "Look at this bitch. This bitch ass nigger the manager I told you about at work, who's going to get fucked up" (referring to Victim 1). According to Victim 1, CLAYTON continued to make threatening and demeaning comments. Eventually, CLAYTON left the scene.

6. On or about January 8, 2025, at approximately 10:00 a.m., CLAYTON entered the workroom floor of the Boca Rio Post Office, located at 8185 Via Ancho Road, Boca Raton, Florida 33433. CLAYTON was advised he was on Emergency Placement and had to leave the post office. Based on a written statement and recordings provided by a USPS employee ("Victim 2"), while on the workroom floor, where around fifteen to twenty USPS employees were present, CLAYTON made several statements. The statements included, among other things, something to the effect of: "I told him I was going to get him. I'm going to get everybody. This is my house. This is my office today. I'll shut this bitch down and nobody gonna do a fucking thing." The USPS employee who provided recordings that captured CLAYTON's statements was also present during the January 6 incident. Another USPS employee who was present on January 8 ("Victim 3") was interviewed and advised that CLAYTON said something to the effect of: "Y'all lucky this ain't a month ago or I'd shoot this place up." Victim 2 and Victim 3 said that they felt threatened and were in fear for their safety. Local police were contacted and responded to the Boca Rio Post Office. CLAYTON was issued a Trespass Warning by the Palm Beach County Sheriff's Office and CLAYTON left the scene.

7. I submit that probable cause exists to believe that COREY CLAYTON JR committed the offense of assault and intimidation of USPS employees, in violation of Title 18, United States Code, Section 111(a)(1).

FURTHER AFFIANT SAYETH NOT.

_____
Joseph Wisneski
Postal Inspector
United States Postal Inspection Service

Sworn and attested to me by Applicant by Telephone (FaceTime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1 on the 9th day of January, 2025.

_____
Honorable William Matthewman
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Corey Dion Clayton Jr.

**Case No:** 25-mj-8006-WM

Counts #: 1 and 2

Assault and intimidation of USPS employees, in violation of Title 18, United States Code, Section 111(a)(1)

* **Max. Term of Imprisonment:** 1 year
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $100,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.