**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80037-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**COREY CLAYTON, JR.**

    Defendant.

_____/

**<u>ORDER ACCEPTING REPORT AND RECOMMENDATION</u>**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe following Change of Plea Hearing [ECF No. 31]. On May 15, 2025, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 28] during which Defendant pled guilty to Count 2 of the Information [ECF No. 15] pursuant to a written plea agreement and stipulation of facts [ECF Nos. 29–30]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 2, that the Court find Defendant to have freely and voluntarily entered into his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 15]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 31] is **ACCEPTED**.

2. The guilty plea entered by Defendant **Corey Clayton, Jr.** as to Count 2 of the Information is **ACCEPTED**.

CASE NO. 25-80037-CR-CANNON

3. Defendant **Corey Clayton, Jr.** is adjudicated guilty of Count 2 of the Information, which charges Defendant with simple assault on a federal officer, in violation of 18 U.S.C. § 111(a)(1) [ECF No. 15].

**ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of June 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record